**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02038-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JUAN VIANEZ,

      Plaintiff,

v.

D. BARKEBILE, Warden,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    On July 31, 2013, Plaintiff submitted a Civil Rights Complaint.  As part of the

Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the

documents are deficient as described in this Order.  Plaintiff will be directed to cure the

following if he wishes to pursue any claims in this Court in this action.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this

Order.

    The Court also notes that since March 2012 Plaintiff has filed six separate

actions, four cases in the United States District Court for the District of Arizona, one

case in the United States District Court for the Western District of Washington, and one

case in this Court.  *Vianez v. Barkebile*, No. 13-cv-00028-LTB (D. Colo. Feb. 22, 2013);

*Vianez v. Pierce County Jail, et al.*, No. 12-cv-05272-RJB (W.D. Wash. July 17, 2012);

*Vianez v. United States Penitentiary, Tucson, et al.*, No. 12-cv-00288-DCB-PSOT (D.

Ariz. July 2, 2012); *Vianez v. United States Penitentiary, Tucson, et al.*, No. 12-cv-00324-DCB-PSOT (D. Ariz. June 26, 2012); *Vianez v. United States Penitentiary, Tucson, et al.*, No. 12-cv-00325-DCB-PSOT (D. Ariz. June 19, 2012); *Vianez v. Apker*, No. 12-cv-00366-DCB-PSOT (D. Ariz. May 25, 2012).  Each of the these cases were dismissed because Plaintiff failed to comply with the court's orders.  Plaintiff, however, continued to file inappropriate motions and requests after the cases were dismissed  in four of the previous actions that he has filed.  *See Vianez*, No. 12-cv-05272; *Vianez*, No. 12-cv-00288; *Vianez*, No. 12-cv-00324; *Vianez*, No. 12-cv-00366.  He also continues to file inappropriate motions in this Court in Case No. 13-cv-00028-LTB, which the Court has stricken and has warned Plaintiff that further sanctions may be considered.  Plaintiff is instructed that this Court will not tolerate the filing of inappropriate requests and motions in a case.  Plaintiff also is required to comply with this Order if he desires to proceed with this action.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    _X_    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    _X_    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner
(8)    ___    is not on proper form (Must use Court-approved form revised October 1, 2012)
(9)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)   ___    other: _____

**Complaint, Petition or Application**:

(11)   ___    is not submitted
(12)   _X_    is not on proper form

(13) __     is missing an original signature by the prisoner
(14) __     is missing page nos. ___
(15) __     uses et al. instead of listing all parties in caption
(16) __     names in caption do not match names in text
(17) _X_    addresses must be provided for all defendants/respondents in "Section A.
            Parties" of complaint, petition or habeas application
(18) __     other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner

Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without

further notice.

DATED August 4, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge